# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FRANK BUNNELL and WHITNEY BUNNELL, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,<br><br>Defendant. | Case No. CIV-12-372-R |

## ADMINISTRATIVE CLOSING ORDER

On the representations from counsel for Plaintiff, it is ordered that the Clerk administratively terminate this action in his records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within 30 days of this date for the purpose of dismissal pursuant to the settlement compromise, Plaintiff's action shall be deemed to be dismissed.

IT IS SO ORDERED this 11th day of February, 2013.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE